NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3234

DARRALYN C. COUNCIL,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent.

Petition for review of the Merit Systems Protection Board
in DA-0752090124-I-1.

ON MOTION

## O R D E R

Upon consideration the Department of Veterans Affairs' motion to reform the official caption to designate the Merit Systems Protection Board as the respondent, and Darralyn C. Council's motion for leave to withdraw the previously filed opening brief and to accept a replacement opening brief, with the replacement opening brief attached,

IT IS ORDERED THAT:

(1)    The motions are granted. The revised official caption is reflected above.

(2)    The respondent should calculate the due date for its brief from the date of filing of this order.

FOR THE COURT

SEP - 2 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk



FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP - 2 2009

JAN HORBALY
CLERK

cc: Darralyn C. Council
Anuj Vohra, Esq.
Dana De Lorenzo, Esq.

s8